UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABDUL HOWARD, ) | |
| ) | Case No.: 2:10-cv-01226-GMN-RJJ |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE OF NEVADA, ATTORNEY ) | |
| GENERAL OF NEVADA, ) | |
| ) | |
| Respondents. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 2) of the Honorable Robert J. Johnston, United States Magistrate Judge, entered February 24, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Johnston's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that the above-referenced case be **DISMISSED with prejudice.**

DATED this 12th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge